# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMBERLY D. CUSHENBERY-MILLER, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) ) Case No. CIV-15-778-F |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation on March 7, 2016 (doc. no. 17) recommending that Plaintiff's Motion to Dismiss Without Prejudice be granted and the complaint be dismissed without prejudice. Magistrate Judge Erwin advised the parties of their right to object to the Report and Recommendation by March 21, 2016 and that failure to make a timely objection waived the right to appellate review of the factual and legal issues addressed.

To date, no party has filed an objection to the Report and Recommendation. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on March 7, 2016 (doc. no. 17) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Plaintiff's Motion to Dismiss Without Prejudice, filed

February 12, 2016 (doc. no. 16), is **GRANTED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

DATED March 23, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0778p002.wpd